IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADINA MCCOLLOUGH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SMARTE CARTE, INC.,<br><br>    Defendant. | No. 16-CV-03777 |

## NOTICE OF MOTION

To:     See Attached Certificate of Service

On May 12, 2016 at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1425, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Smarte Carte Inc.'s Rule 12(b)(1) and 12(b)(6) Motion to Dismiss**.

Dated: May 6, 2016

                                                 Respectively submitted,

                                                 SMARTE CARTE, INC.

                                                 By: /s/ Joseph A. Strubbe

                                                      Joseph A. Strubbe
                                                      Frederic T. Knape
                                                      VEDDER PRICE P.C.
                                                      222 N. LaSalle Street
                                                      Chicago, IL 60601-1003
                                                      312/609-7500
                                                      jstrubbe@vedderprice.com
                                                      fknape@vedderprice.com

                                                      *Counsel for Smarte Carte, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **Notice of Motion** was electronically filed with the Clerk of Court on May 6, 2016 using the CM/ECF system that will send notification of the filing to all parties of record.

By: /s/ Joseph A. Strubbe